# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
    v. )  CR.  S-02-0150 LKK
)
ALEAJANDRO GUTIERREZ, )
  aka Rigoberto Munoz )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (**X**) Ad Prosequendum                  ( ) Ad Testificandum.

Name of Detainee:      MUNOZ, Rigoberto, aka Aleajandro Guitierrez

Detained at (custodian):      Lawton Correctional Facility, 8607 SE Flower Mound Rd., Lawton, OK 73501

Detainee is:    a.)    (X) charged in this district by:
                  (X ) Indictment        ( ) Information        ( ) Complaint
                  Charging Detainee With:    **Mail Fraud**
    or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)    ( ) return to the custody of detaining facility upon termination of proceedings
    or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is
                  currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

                Signature: /s/ Daniel S. Linhardt
                Printed Name & Phone No: Daniel S. Linhardt, 916-554-2770
                Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
    (**X** ) Ad Prosequendum             ( ) Ad Testificandum
The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, forthwith, and for any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

DATED:  December 20, 2005.

                    _____
                    UNITED STATES MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Munoz, Rigoberto | Male X | Female |
| Booking or CDC #: | OK DOC # 516634 | DOB: | XX/XX/1981 |
| Facility Address: | Lawton Correctional Facility | Race: | |
| | 8607 SE Flower Mound Rd., Lawton, OK 73501 | FBI #: | |
| Facility Phone: | 580-351-2778 | | |
| Currently Incarcerated For: | Aggravated Assault | | |

### RETURN OF SERVICE
Executed on _____ by _____
                                                (Signature)